

# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 5 2018 ★
BROOKLYN OFFICE

June 29, 2018

*This case is discontinued without prejudice to reopening within 45 days of the settlement is not consummated. So ordered. /s/(ARR) USDJ 7/1/18*

**VIA ECF**
Honorable Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Case No. 1:17-cv-06872-ARR-RML
       **Hollender v. Capital Management Services, L.P.**

Dear Honorable Magistrate Judge Levy:

I represent the plaintiff in the above referenced matter and am informing the Court that the case has just settled.

Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

In light of the settlement, the parties respectfully request the cancellation of the conference scheduled for August 15, 2018 at 2:30 p.m.

Thank you for Your Honor's time and attention to this matter.

Very truly yours,

/s/ Maxim Maximov

Maxim Maximov, Esq.